1  SARAH E. HARMON
   Nevada Bar No. 8106
2  KELLY B. STOUT
   Nevada Bar No. 12105
3  BAILEY✜KENNEDY
   8984 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148-1302
   Telephone: (702) 562-8820
5  Facsimile: (702) 562-8821
   SHarmon@BaileyKennedy.com
6  KStout@BaileyKennedy.com

7  Attorneys for Counterdefendant /
   Third-Party Defendant
8  NATIONAL FIRE & MARINE
   INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY, licensed to business in the State of Nevada,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ASSURANCE COMPANY OF AMERICA, licensed to do business in the State of Nevada, and MARYLAND CASUALTY COMPANY, licensed to do business in the State of Nevada,<br><br>　　　　Defendants. | Case No. 2:10-cv-01086-MMD-RJJ<br><br>**EMERGENCY STIPULATION AND [PROPOSED] ORDER REGARDING THE BRIEFING SCHEDULE FOR ASSURANCE COMPANY OF AMERICA AND MARYLAND CASUALTY COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE NATIONAL FIRE'S DUTY TO INDEMNIFY [82-1] AND RELATED FILINGS [82 THROUGH 82-21]**<br><br>**(FIRST REQUEST)** |
| ASSURANCE COMPANY OF AMERICA, AND MARYLAND CASUALTY COMPANY,<br><br>　　　　Counterclaimants,<br><br>　　v.<br><br>UNITED NATIONAL INSURANCE COMPANY AND NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>　　　　Counterdefendants. | |

BAILEY✜KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 1 of 4

|   |   |
|---|---|
| 1 | ASSURANCE COMPANY OF AMERICA ) <br> and MARYLAND CASUALTY COMPANY, ) |
| 2 | ) <br> Counterclaimants, ) |
| 3 | ) <br> v. ) |
| 4 | ) <br> NATIONAL FIRE & MARINE ) <br> INSURANCE COMPANY, ) |
| 5 | ) |
| 6 | Third-Party Defendants. ) <br> ) |
| 7 | ) <br> ) |
| 8 | ) |

**EMERGENCY STIPULATION AND [PROPOSED] ORDER REGARDING THE BRIEFING SCHEDULE FOR ASSURANCE COMPANY OF AMERICA AND MARYLAND CASUALTY COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE NATIONAL FIRE'S DUTY TO INDEMNIFY [82-1] AND RELATED FILINGS [82 THROUGH 82-21]**

**PURSUANT TO LOCAL RULE 7-1,** Defendants/ Counterclaimants/Third Party Plaintiffs Assurance Company of America and Maryland Casualty Company (jointly "Zurich") and Counterdefendant/Third Party Defendant National Fire & Marine Insurance Company ("National Fire") (collectively, the "Parties") hereby stipulate and agree as follows:

1. Assurance Company of America and Maryland Casualty Company's Motion for Partial Summary Judgment Re National Fire's Duty to Indemnify ("Motion") was filed on September 13, 2012. (ECF No. 82-1.)

2. Pursuant to LR 7-2(e) "A party opposing the motion must file a response within twenty-one (21) days after the motion is served or a responsive pleading is due, whichever is later[ and t]he movant may file a reply within fourteen (14) days after the response is served." Furthermore, Federal Rule of Civil Procedure 6(d) provides that an additional three days are added to a party's time to file a response or reply to a motion for summary judgment. However, "if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end

BAILEY ❖ KENNEDY <br> 8984 SPANISH RIDGE AVENUE <br> LAS VEGAS, NEVADA 89148 <br> PHONE (702) 562-8820 <br> FAX (702) 562-8821

of the next day that is not a Saturday, Sunday, or legal holiday." Accordingly, a party responding to a motion for summary judgment filed on September 13, 2012, has up to and until October 9, 2012 to respond.

3. The Court's electronic filing system has calendared National Fire's response according to the LR 7-2(b) rather than LR 7-2(e), which applies to motions for summary judgment.

4. Therefore, in an abundance of caution, the Parties stipulate and agree that National Fire's response to Zurich's Motion, including all Related Filings[1] and exhibits, is due on October 9, 2012.

5. Pursuant to LR 7-2(e), a party filing a motion for summary judgment may file a reply within fourteen (14) days after the response is served."

6. The Parties anticipate that the Court's electronic filing system will calendar Zurich's time to file a reply according to LR 7-2(c) rather than LR 7-2(e).

7. Consequently, the Parties stipulate and agree that Zurich's may file a reply to National Fire's response in accordance with LR 7-2(e).

8. In addition, National Fire is seeking an extension of time from Zurich for National Fire to respond to Zurich's Motion. Zurich has not agreed to such an extension but in the interests of judicial economy, the Parties continue to discuss the bases for National Fire's

---

[1] Assurance Co. of Am. and Md. Cas. Co's Notice of Mot. for Partial Summ. J. re Nat'l Fire's Duty to Indemnify, Sept. 13, 2012, ECF No. 82; Assurance Co. of Am. and Md. Cas. Co's Separate Stmt. of Undisputed Fats in Support of Mot. for Partial Summ. J. Regarding Nat'l Fire & Marine Ins. Co's Duty to Indemnify, Sept. 13, 2012, ECF No. 82-2; Decl. of Robert Derchi in Support of Assurance Co. of Am. and Md. Cas. Co's Mot. for Partial Summ. J. Re Nat'l Fire's Duty to Indemnify, Sept. 13, 2012, ECF No. 82-3; Decl. of Ramiro Morales in Support of Assurance Co. of Am. and Md. Cas. Co's Mot. for Partial Summ. J. Reggarding [sic] Nat'l Fire & Marine Ins. Co's Duty to Indemnify, Sept. 13, 2012, ECF No. 82-5; Assurance Co. of Am. and Md. Cas. Co's Req. for Jud. Notice in Support of Mot. for Partial Summ. J. Regarding Nat'l Fire's Duty to Indemnify, Sept. 13, 2012, ECF No. 82-12.

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 3 of 4

1  request. Should the Parties be unable to agree on an extension, National Fire reserves its right to
2  bring a motion for an extension of time and/or a motion under FRCP 56(d).
3     9.    This stipulation and agreement is made without prejudice to any other rights of
4  the Parties.

5
6  DATED: 10/1/12                              DATED: 10/1/12

7  MORALES, FIERRO & REEVES                   BAILEY❖KENNEDY

8
9  By: /s/ Ramiro Morales                     By: /s/ Kelly B. Stout
      Ramiro Morales                              Sarah E. Harmon
10     David Astengo                              Kelly B. Stout
       725 South Eighth Street, Suite B          8984 Spanish Ridge Avenue
11     Las Vegas, Nevada 89101                   Las Vegas, Nevada  89148-1302
   *Attorneys for Defendants/Counterclaimants/*  *Attorneys for Counterdefendants/ Third-Party*
12 *Third Party Plaintiffs* ASSURANCE           *Defendant* NATIONAL FIRE & MARINE
   COMPANY OF AMERICA and                       INSURANCE COMPANY
13 MARYLAND CASUALTY COMPANY

14
                                               IT IS SO ORDERED.
15
                                               _____
16                                             UNITED STATES DISTRICT JUDGE
                                                     October 2, 2012
17                                             Dated:_____

18 Respectfully Submitted by:

19 BAILEY❖KENNEDY

20
21 By: /s/ Kelly B. Stout
      Sarah E. Harmon
      Kelly B. Stout
22    8984 Spanish Ridge Avenue
      Las Vegas, Nevada  89148-1302
23

24 *Attorneys for Counterdefendant /*
   *Third-Party Defendant*
25 NATIONAL FIRE & MARINE
   INSURANCE COMPANY

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821