Gena L. Sluga, Nevada Bar No. 9910
Gina M. Mushmeche, Nevada Bar No. 10411
**CHRISTIAN, KRAVITZ, DICHTER,**
**JOHNSON & SLUGA, L.L.C.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 992-1000
gsluga@hcdslaw.com
gmushmeche@kssattorneys.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY, licensed to do business in the State of Nevada, | 2:10-cv-01086 MMD-RJJ |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF MOTION TO COMPEL** |
| vs. | |
| ASSURANCE COMPANY OF AMERICA, licensed to do business in the State of Nevada; MARYLAND CASUALTY COMPANY, licensed to do business in the State of Nevada, | |
| Defendants. | |
| ASSURANCE COMPANY OF AMERICA, and MARYLAND CASUALTY COMPANY, | |
| Counterclaimants, | |
| vs. | |
| UNITED NATIONAL INSURANCE COMPANY, and NATIONAL FIRE & MARINE INSURANCE COMPANY, | |
| Counterdefendants. | |
| ASSURANCE COMPANY OF AMERICA, and MARYLAND CASUALTY COMPANY, | |
| Third-Party Plaintiffs, | |
| vs. | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, | |
| Third-Party Defendant. | |

Defendants Assurance Company of America and Maryland Casualty Company have agreed to produce a witness on December 12, 2012 in response to the deposition notice served upon the defendants by United National on October 3, 2012.  In addition, Assurance Company of America and Maryland Casualty Company have produced the documents that had been to topic of the parties' discovery dispute.

Because Defendants have agreed to produce the discovery that was to subject of United National's Motion to Compel filed on October 17, 2012, United National hereby withdraws that motion.

DATED this 6th day of November, 2012.

**CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, L.L.C.**

By    /s/  Gena L. Sluga
      Gena L. Sluga
      Gina M. Mushmeche
      8985 South Eastern Avenue, Suite 200
      Las Vegas, Nevada 89123
      gsluga@hcdslaw.com
      gmushmeche@kssattorneys.com
      Attorneys for Plaintiff


IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: __ November 6, 2012 _____

2

1

2

## CERTIFICATE OF SERVICE

3      I hereby certify that on the 6th day of November, 2012, I electronically transmitted
this document to the Clerk of U.S. District Court, District of Nevada, using the CM/ECF

4      filing system and for transmittal of this Notice of Electronic Filing to the following
CM/ECF registrants:

5

6      Ramiro Morales
MORALES FIERRO & REEVES

7      725 South Eighth Street, Suite B
Las Vegas, Nevada  89101

8      *Attorneys for Defendants/Counterclaimants/Third Party Plaintiffs*

9      *Assurance Company of Maryland and Maryland Casualty Company*

10
Sarah E. Harmon

11     Kelly B. Stout
BAILEY KENNEDY

12     8984 Spanish Ridge Avenue
Las Vegas, Nevada  89148-1302

13

14     and

15
Deborah L. Stein

16     Simpson Thacher & Bartlett, LLP
1999 Avenue of the Stars, 29th Floor

17     Los Angeles, California  90067-4607
*Attorneys for Counterdefendant/Third-Party Defendant*

18     *National Fire & Marine Insurance Company*

19

20          /s/  Mary A. Kapalka

21

22

23

24

25

26

27

28