# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY,<br><br>    Plaintiff(s),<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, et al.,<br><br>    Defendant(s). | Case No. 2:10-cv-1086-MMD-NJK<br><br>**ORDER VACATING HEARING SET FOR APRIL 30, 2013**<br>(Docket No. 123)<br><br>**ORDER DENYING MOTIONS WITHOUT PREJUDICE**<br>(Docket Nos. 98, 105, 107) |

The Court has received a joint motion seeking that the Court vacate the April 30, 2013 hearing on various discovery motions pending before the Court. *See* Docket No. 123; *see also* Docket No. 98, 105, 107 (pending motions). For good cause, the hearing is hereby **VACATED**.

Pursuant to the notice, the Court also **DENIES** without prejudice the pending discovery motions. Docket No. 98, 105, 107. In the event the parties' mediation is unsuccessful, within 7 days thereafter, the parties are ORDERED to meet and confer again regarding the discovery disputes in an attempt to resolve or narrow the issues. The meet and confer process must comply with the standards outlined in *ShuffleMaster, Inc. v. Progressive Games, Inc.*, 170 F.R.D. 166 (D. Nev. 1996). Should discovery disputes remain that require the Court's attention, the parties shall notify the Court of which disputes raised in the motions remain unresolved and shall provide the Court with five possible hearing dates. At that point, such notice will be construed as a refiling of the relevant portions of the discovery motions and no additional briefing will be filed except by leave of Court.

DATED: April 26, 2013

_____
Nancy J. Koppe
United States Magistrate Judge