# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY,<br><br>              Plaintiff(s),<br><br>vs.<br><br>ASSURANCE COMPANY OF AMERICA, et al.,<br><br>              Defendant(s). | Case No. 2:10-cv-01086-JAD-NJK<br><br>**ORDER** |

This matter is before the Court on Defendant National Fire & Marine Insurance Company's Motion for Removal of Craig A. Henderson from the CM/ECF Service List (Docket No. 149), filed February 8, 2014. The Court has reviewed the motion and finds there is good cause for the requested relief.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Removal of Craig A. Henderson from the CM/ECF Service List (Docket No. 149) is **granted**;

**IT IS FURTHER ORDERED** that the clerk remove Craig A. Henderson from the CM/ECF Service List.

Dated: February 6, 2014.

_____
**Nancy J. Koppe**
**United States Magistrate Judge**