SARAH E. HARMON, Nev. Bar No. 8106
KELLY B. STOUT, Nev. Bar No. 12105
BAILEY✣KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone Number: (702) 562-8820
Fax Number:  (702) 562-8821
SHarmon@BaileyKennedy.com
KStout@BaileyKennedy.com

*Attorneys for Counterdefendant/Third-Party Defendant* NATIONAL FIRE & MARINE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY, licensed to do business in the State of Nevada,<br><br>Plaintiff,<br><br>vs.<br><br>ASSURANCE COMPANY OF AMERICA, licensed to do business in the State of Nevada and MARYLAND CASUALTY COMPANY, licensed to do business in the State of Nevada,<br><br>Defendants.<br><br>And all related claims. | Docket No. 2:10-CV-01086-JAD-NJK |

## STIPULATION AND PROPOSED SCHEDULING ORDER

On January 29, 2014, the Court issued a Scheduling Order [ECF No. 148] setting dates for the remaining deadlines in this case.  Due to unexpected scheduling complications, the Parties[1] submit the following stipulation and proposed scheduling Order:

---

[1] Defendants/Counterclaimants/Third Party Plaintiffs Assurance Company of America ("Assurance") and Maryland Casualty Company ("Maryland") (jointly, the "Zurich Parties"), Plaintiff/Counterdefendant United National Insurance Company ("United), and Counterdefendant/Third Party Defendant National Fire & Marine Insurance Company ("National Fire") (collectively, the "Parties").

1. On January 29, 2014, the Court's issued a Scheduling Order [ECF No. 148] that included the following dates:

    a. Discovery

| | | |
|---|---|---|
| i. | Derchi Deposition: | February 27, 2014 |
| ii. | Last Day for Zurich to re-file its Motion to Compel [ECF No. 137]: | March 11, 2014 |
| iii. | Last Day For National Fire to file a Response to Zurich's Motion to Compel [ECF No. 137]: | March 31, 2014 |
| iv. | Last Day for Zurich to File a Reply to Zurich's Motion to Compel [ECF No. 137]: | April 14, 2014 |

    b. Dispositive Motions

| | | |
|---|---|---|
| i. | Last Day to File Dispositive Motions: | March 28, 2014 |
| ii. | Last Day to File Responses to Dispositive Motions: | April 28, 2014 |
| iii. | Last Day to File Replies to Dispositive Motions: | May 26, 2014 |

    c. Last Day to Submit Joint Pre-Trial Order:    June 30, 2014 or 30 days after the Court decides all dispositive motions, whichever is later

    d. Proposed Trial Date:    60 days after the entry Joint Pre-Trial Order

        Estimated length of Trial: 5-10 judicial days.

2. On February 24, 2014, counsel for National Fire informed counsel for the Zurich Parties and United that its lead attorney, Ms. Harmon, was ill.

3. On February 25, 2014, counsel for National Fire further informed the parties that Ms. Harmon was not anticipated to return to work prior to the February 27, 2014 deposition of Robert Derchi, who will deposed in his individual capacity and as the F.R.C.P. 30(b)(6) corporate representative for Assurance and Maryland.

/ / /

/ / /

4. To accommodate Ms. Harmon's illness, the Zurich Parties and United have agreed to continue the deposition of Mr. Derchi to March 21, 2014, which is the first date that deponent and all counsel are available.

5. The Parties further agreed that the extension would require that the dates for the remaining deadlines be extended accordingly.

6. The Parties further propose the following dates for the remainder of this case:

a. Discovery

| | | |
|---|---|---|
| i. | Derchi Deposition: | March 21, 2014 |
| ii. | Last Day for Zurich to re-file its Motion to Compel [ECF No. 137]: | April 11, 2014 |
| iii. | Last Day For National Fire to file a Response to Zurich's Motion to Compel [ECF No. 137]: | April 28, 2014 |
| iv. | Last Day for Zurich to File a Reply to Zurich's Motion to Compel [ECF No. 137]: | May 8, 2014 |

b. Dispositive Motions

| | | |
|---|---|---|
| i. | Last Day to File Dispositive Motions: | April 18, 2014 |
| ii. | Last Day to File Responses to Dispositive Motions: | May 19, 2014 |
| iii. | Last Day to File Replies to Dispositive Motions: | June 19, 2014 |

c. Last Day to Submit Joint Pre-Trial Order: July 31, 2014 or 30 days after the Court decides all dispositive motions, whichever is later

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

      d.    Proposed Trial Date:    60 days after the entry Joint Pre-Trial Order

              Estimated length of Trial: 5-10 judicial days.

| DATED: February 26, 2014 | DATED: February 26, 2014 | DATED: February 26, 2014 |
|---|---|---|
| MORALES, FIERRO & REEVES | CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA | BAILEY❖KENNEDY |
| By: */s/ Ramiro Morales*<br>Ramiro Morales<br>David Astengo | By: */s/ Gena L. Sluga*<br>Gena L. Sluga | By: */s/ Kelly B. Stout*<br>Sarah E. Harmon<br>Kelly B. Stout |
| *Attorneys for Defendants/ CounterclaimantsThird Party Plaintiffs* ASSURANCE COMPANY OF AMERICA and MARYLAND CASUALTY COMPANY | *Attorneys for Plaintiff/ Counterdefendant* UNITED NATIONAL INSURANCE COMPANY | *Attorneys for Counterdefendant/Third-Party Defendant* NATIONAL FIRE & MARINE INSURANCE COMPANY |

Respectfully Submitted by:
BAILEY❖KENNEDY

By: */s/ Kelly B. Stout*
    Sarah E. Harmon
    Kelly B. Stout
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302
*Attorneys for Counterdefendant/Third-Party Defendant* NATIONAL FIRE & MARINE INSURANCE COMPANY

**IT IS SO ORDERED .**

DATED this __27__ day of __February__, 2014.

_____
UNITED STATES MAGISTRATE JUDGE