# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY,<br>　　　　　　Plaintiff(s),<br>vs.<br>ASSURANCE COMPANY OF AMERICA, et al.,<br>　　　　　　Defendant(s). | Case No. 2:10-cv-01086-JAD-NJK<br><br>ORDER<br><br>(Docket No. 200) |

　　　　The Court currently has a settlement conference scheduled in this case for February 18, 2016. Docket No. 199. Plaintiff has now filed a motion to change the date of the settlement conference, Docket No. 200, which is hereby **GRANTED**. The settlement conference scheduled for February 18, 2016, is hereby **VACATED**. No later than December 30, 2015, the parties shall file a stipulation with five dates on which all required participants are available to attend the rescheduled settlement conference.

　　　　IT IS SO ORDERED.

　　　　DATED: December 23, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge