**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> ASSURANCE COMPANY OF AMERICA, et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:10-cv-01086-JAD-NJK <br><br> ORDER |

      On November 12, 2015, Plaintiff's motion for summary judgment was denied. Docket No. 198. The deadline for filing a joint pretrial order was 30 days thereafter. Local Rule 26-1(e)(5); Docket No. 152 at 2. To date, the parties have failed to comply. The parties are **ORDERED** to file a joint pretrial order no later than March 23, 2016.

      IT IS SO ORDERED.

      DATED: March 9, 2016

                                              _____
                                            Nancy J. Koppe
                                            United States Magistrate Judge