**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY, ) | Case No. 2:10-cv-01086-JAD-NJK |
| Plaintiff(s), ) | |
| vs. ) | ORDER |
| ASSURANCE COMPANY OF AMERICA, et al., ) | |
| Defendant(s). ) | |

In light of the parties' notice of settlement, Docket No. 208, the Court **VACATES** the deadline to file a joint proposed pretrial order, *see* Docket No. 207.  The Court further **ORDERS** the parties to file, no later than April 20, 2016, either dismissal paperwork or a status report regarding settlement.

IT IS SO ORDERED.

DATED: March 21, 2016

_____
Nancy J. Koppe
United States Magistrate Judge